FILED
May 05, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002611254

2

RANDELL PARKER
3820 Herring Road
Arvin, CA 93203
(661)854-1503

# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No: 09-60469-B-7 |
| | DC NO. RP-1 |
| JAMES D. KILGORE and | |
| NORMA JEAN KILGORE | Date: June 3, 2010 |
| | Time: 10:00 A.M. |
| | Place: 1300 18th Street, First Floor |
| | Bakersfield, CA |
| Debtors | Judge: Judge W. Richard Lee |
| _____/ | |

MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY

Randell Parker, Chapter 7 Trustee in the above captioned case ("Trustee") respectfully moves the Court for an order authorizing sale of personal property of the estate. The Trustee seeks to sell the bankruptcy estate's interest in a 2001 Fontaine Double Drop Trailer for $9,000.00.

JURISDICTION

1. James D. Kilgore and Norma Jean Kilgore ("Debtors") converted from Chapter 11 to Chapter 7 of Title 11 of the United States Code ("U.S.C.") on February 8, 2010, and Randell Parker was appointed Chapter 7 Trustee.

2. This Court has jurisdiction over the issues raised in this matter under the above referenced case, name and number pursuant to 28 U.S.C. §1334 and 157 and the general order of reference to Bankruptcy Courts.

3. This is a core proceeding pursuant to 28 U.S.C. §157 (b)(2)(A) and (N).

4. Venue is properly in this Court pursuant to 28 U.S.C. §1409 (A) by virtue of this case pending before this Court.

5. The motion is made pursuant to 11 U.S.C. §363 (b), (d) and (f).

FACTUAL BACKGROUND/TERMS OF SALE

1. James D. Kilgore and Norma Jean Kilgore ("Debtors") converted from Chapter 11 to Chapter 7 of Title 11 of the United States Code ("U.S.C.") on February 8, 2010, and Randell Parker was appointed Chapter 7 Trustee.

2. Trustee accepted Great Western's Leasing & Sales, Inc. offer of $9,000.00 for a 2001 Fontaine Double Drop Trailer ID#13N34820413597825 based on the fact that Great Western has accumulated $10,941.25 in costs on the trailer and acquired a lien. Great Western is willing to purchase the trailer for $9,000.00 and clear the existing liens on the trailer.

3. In considering the offer, the Trustee considered the cost to take possession of the asset, costs associated with a public sale, and the risk of receiving a lesser amount, in determining that the offer is fair.

4. Trustee is in possession of a deposit of $1,000.00.

5. Trustee being informed that there are no significant tax consequences to the sale, believes that the proposed sale is in the best interest of the estate.

WHEREFORE, the Trustee prays that after appropriate Notice and Motion to be heard, that he be authorized to sell the above described 2001 Fontaine Double Drop Trailer for $9,000.00 to Great Western Leasing and Sales, Inc.

**DATED: May 3, 2010**  /s/ Randell Parker  
Randell Parker  
Chapter 7 Trustee  
3820 Herring Road  
Arvin, CA   93203